**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-CV-20072-JLK

BACARDI U.S.A., INC.,

      Plaintiff,

vs.

WIRTZ BEVERAGE GROUP, LLC d/b/a
WIRTZ BEVERAGE COMPANY,
WIRTZ CORPORATION d/b/a
WIRTZ BEVERAGE COMPANY, and
BREAKTHRU BEVERAGE GROUP, LLC,
f/k/a WIRTZ BEVERAGE COMPANY,

      Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary

Dismissal Without Prejudice (D.E. #25) filed February 12, 2016, in the above-styled case.

Accordingly, after a careful review of the record, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED without prejudice.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 16th day of February, 2016.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record